IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DEBIS FINANCIAL SERVICES, INC.,**                                **PLAINTIFF,**

**VS.**                                  **CIVIL ACTION NO. 4:01CV238-P-B**

**SOUTHBEND CORPORATION AND**
**RON J. WITHERS,**                                                **DEFENDANTS.**

**FINAL JUDGMENT**

This matter comes before the court upon Plaintiff's Proof of Deficiency [14-1] in response to the court's January 7, 2005 Order directing the plaintiff to submit evidence of the total amounts the defendants owe the plaintiff. After due consideration of the evidence, the court finds as follows, to-wit:

The plaintiff submitted their proof of deficiency on February 9, 2005. Neither defendant filed a response or otherwise voiced objection to the amounts sought by the plaintiffs. Having found that the evidence reasonably supports the amounts claimed, the court concludes that the plaintiff is due the amounts alleged.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The defendants owe the plaintiff $19,371.02 for attorney fees, the principal amount of $174,658.14, prejudgment interest in the amount of $46,931.28, interest and late fees in the amount of $59,724.06, and additional $57.93 per day from January 25, 2005 until this Judgment is satisfied; thus, the defendants owe the plaintiff a total of $300,684.50 plus $57.93 per day from January 25,

1

2005 until this Judgment is satisfied; and

    (2) This case is **CLOSED**.

    **SO ORDERED** this the 18th day of August, A.D., 2006.

                          /s/ W. Allen Pepper, Jr.
                          W. ALLEN PEPPER, JR.
                          UNITED STATES DISTRICT JUDGE